AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.
JAN 26 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 17-8036-WM |
| CARLOS ALBERTO RODRIGUEZ-CHAN, | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2016__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE D/O
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/26/2017

_____
Judge's signature

City and state: West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. CARLOS ALBERTO RODRIGUEZ-CHAN
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos Alberto RODRIGUEZ-CHAN committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about October 1, 2016, Carlos Alberto RODRIGUEZ-CHAN was arrested in Palm Beach County, Florida on charges of driving under the influence, and no valid license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Carlos Alberto RODRIGUEZ-CHAN.

4. A review of the immigration alien file assigned to Carlos Alberto RODRIGUEZ-CHAN shows that he is native and citizen of Mexico. Records

1

further show that on or about April 17, 2002, Carlos Alberto RODRIGUEZ-CHAN was ordered removed from the United States. The Order of Removal was executed on or about May 3, 2002, whereby Carlos Alberto RODRIGUEZ-CHAN was removed from the United States and returned to Mexico.

6. Border Patrol Fingerprint Examiner John R. Solek conducted fingerprint comparison in this case. Fingerprints taken in connection with Carlos Alberto RODRIGUEZ-CHAN's October 1, 2016 arrest in Palm Beach County were compared with the fingerprints located in Carlos Alberto RODRIGUEZ-CHAN's immigration alien file taken from Carlos Alberto RODRIGUEZ-CHAN prior to his removal from the United States. Fingerprint Examiner John R. Solek determined that they were made by the same individual.

7. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Carlos Alberto RODRIGUEZ-CHAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Carlos Alberto RODRIGUEZ-CHAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 1, 2016, Carlos Alberto RODRIGUEZ-CHAN, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from

the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

                                                Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 26 day of January, 2017.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   17-8036-WM

UNITED STATES OF AMERICA

vs.

CARLOS ALBERTO RODRIGUEZ-CHAN,

       Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

                      Respectfully submitted,

                      WIFREDO A. FERRER
                      UNITED STATES ATTORNEY

BY:   _____
                      AURORA FAGAN
                      ASSISTANT UNITED STATES ATTORNEY
                      Florida Bar No. 0188591
                      500 S. Australian Ave, Ste. 400
                      West Palm Beach, Florida   33401
                      TEL (561) 820-8711
                      FAX (561) 820-8777
                      Aurora.Fagan@usdoj.gov